# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Case No. 1:02CV 827 |
| v. | : Judge Kathleen O'Malley |
| EDWARD FRUCHTENBAUM, | : |
| Defendant. | : |

## ORDER OF DEPOSIT AND INVESTMENT

On this day came to be heard Plaintiff Securities and Exchange Commission's request to deposit funds in the registry of the Court and the investment of said sums in a savings account at National City Bank and the Court decided to grant the same; it is therefore,

ORDERED that the Clerk accept and deposit into the registry of the Court the deposit made by Defendant Edward Fruchtenbaum in this cause of $54,074.00. There will be an additional payment by Defendant Edward Fruchtenbaum in the sum of $54,074.00 plus post-judgment interest to be deposited with the Court in the same manner; it is further

ORDERED that the Clerk promptly and properly invest said monies as stipulated and deduct a registry fee as a percentage of the income earned on the investment over the period such sums remain deposited and invested, not to exceed ten percent (10%).

_Kathleen M. O'Malley_
United States District Judge